UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY S. HANN AS SOLE BENEFICIARY OF
IRA RESOURCES, INC., FBO GARY S. HANN
IRA ACCOUNT NO. 21195,

       Plaintiff,

vs.

       Case No. 09-CV-15048
       HON. GEORGE CARAM STEEH

DEUTSCHE BANK NATIONAL TRUST, et al.,

       Defendants.
_____/

## ORDER DENYING MOTION TO REMAND AS MOOT [DOC. 26]

Plaintiff Gary Hann filed this motion to remand on March 31, 2010. The court previously entered an order dismissing plaintiff's federal claims and remanding plaintiff's state claims to Washtenaw County Circuit Court. In the electronic court file, there is an acknowledgment of receipt of the court record by the Washtenaw County Circuit Court dated February 23, 2010. Now therefore,

IT IS HEREBY ORDERED that plaintiff's motion to remand is DENIED AS MOOT.

SO ORDERED.

Dated: April 7, 2010

       s/George Caram Steeh
       GEORGE CARAM STEEH
       UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 7, 2010, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk